IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

VIRGINIA MERRITT,            *

      Plaintiff,      *

vs.                     *

                           CASE NO. 3:09-CV-47 (CDL)

MICHAEL J. ASTRUE, Commissioner  *
of Social Security,

                    *

      Defendant

_____  *

ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

    After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on September 28, 2009 is hereby approved, adopted, and made the Order of the Court.

    The objections of the Plaintiff have been considered and are found to be without merit.

    IT IS SO ORDERED, this 11th day of December, 2009.


                           S/Clay D. Land
                             CLAY D. LAND
                    UNITED STATES DISTRICT JUDGE